IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS CAPITAL BANK, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § Civil Action No. 2:23-cv-00156 <br> § <br> GOVERNMENT NATIONAL MORTGAGE § <br> ASSOCIATION and UNITED STATES § <br> DEPARTMENT OF HOUSING AND § <br> URBAN DEVELOPMENT, § <br> § <br> *Defendants.* § | |

## PLAINTIFF'S DESIGNATION OF LEAD COUNSEL

COMES NOW TEXAS CAPITAL BANK, Plaintiff in the referenced cause, and designates Isaac Nesser as its lead counsel. His contact information is:

>Isaac Nesser
>isaacnesser@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN, LLP
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>(212) 849-7000; Fax (212) 849-7100

Mr. Nesser has been admitted to practice before this Court *Pro Hac Vice* [Dkt. 25].

Respectfully submitted,

 /s/ Thomas C. Riney
Thomas C. Riney
Texas Bar No. 16935100
tom.riney@uwlaw.com
C. Jason Fenton
Texas Bar No. 24087505
jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Phone:(806) 376-5613

Isaac Nesser - *Admitted Pro hac vice*
isaacnesser@quinnemanuel.com
Heather Christenson - *Admitted Pro hac vice*
heatherchristenson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

William A. Burck – *Admitted Pro hac vice*
williamburck@quinnemanuel.com
Christopher G. Michel - *Admitted Pro hac vice*
christophermichel@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314

Matthew Scheck - *Admitted Pro hac vice*
matthewscheck@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701

Elinor C. Sutton
Texas Bar No. 24129804
elinorsutton@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
3100 McKinnon Street, Suite 1125
Dallas, Texas 75201
    *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of ***Plaintiff's Designation of Lead Counsel*** was this 4th day of January 2024, served on all known counsel of record in accordance with the Texas Rules of Civil Procedure as follows:

Kirk Manhardt                                 *VIA ECF*
Kevin P. Vanlandingham
Shane Huang - *Admitted Pro hac vice*
shane.huang@usdoj.gov
Samuel Hobbs - *Admitted Pro hac vice*
samuel.hobbs@usdoj.gov
DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
PO Box 875, Ben Franklin Station
Washington, DC 20044
        ATTORNEYS FOR DEFENDANTS

                                                     */s/ Thomas C. Riney*
                                                        Thomas C. Riney