IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS CAPITAL BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>GOVERNMENT NATIONAL MORTGAGE ASSOCIATION; and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | Civil Action No. 2:23-cv-00156<br><br>Judge Kacsmaryk |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The United States, on behalf of its agency the Government National Mortgage Association ("GNMA" or "Ginnie Mae") and the U.S. Department of Housing and Urban Development ("HUD"), respectfully files this Motion for Summary Judgment on all remaining claims in this case. Pursuant to L.R. 56.3(b), each of the matters required under L.R. 56.3(a) is set forth in the accompanying memorandum.

[signature page follows]

1

Dated: January 10, 2025                                      Respectfully submitted,


                                                            */s/ Shane Huang*
KIRK MANHARDT
KEVIN P. VANLANDINGHAM
SHANE HUANG
Illinois ARDC # 6317316
SAMUEL HOBBS
Alabama Bar # 9776O19E
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
TEL: (202) 616-0341
FAX: (202) 514-9163
Email: shane.huang@usdoj.gov

*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

      On January 10, 2025, I electronically filed the above Motion for Summary Judgment with the Clerk of Court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Shane Huang*
Shane Huang
