UNITED STATES OF AMERICA
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS CAPITAL BANK,<br><br>*Plaintiff*,<br><br>v.<br><br>GOVERNMENT NATIONAL MORTGAGE ASSOCIATION and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00156<br><br>Judge Kacsmaryk |

### PLAINTIFF'S RESPONSE OPPOSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Texas Capital Bank ("TCB") respectfully files this Response Opposing Defendants' Motion for Summary Judgment (ECF No. 84), which moves for summary judgment on TCB's remaining claims under Federal Rule of Civil Procedure 56(a). For the reasons explained in the accompanying brief, TCB opposes the motion. Each of the matters required by LR 56.4 are set forth in the accompanying brief.

Date: February 21, 2025                    Respectfully submitted,

  /s/    *Elinor C. Sutton*

  Isaac Nesser – *Admitted Pro hac vice*
isaacnesser@quinnemanuel.com
Heather Christenson - *Admitted Pro hac vice*
heatherchristenson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

William A. Burck – *Admitted Pro hac vice*
williamburck@quinnemanuel.com
Christopher G. Michel - *Admitted Pro hac vice*
christophermichel@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314

Matthew Scheck - *Admitted Pro hac vice*
matthewscheck@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701

Elinor C. Sutton
Texas Bar No. 24129804
elinorsutton@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
3100 McKinnon Street, Suite 1125
Dallas, Texas 75201

Thomas C. Riney
Texas Bar No. 16935100
tom.riney@uwlaw.com
C. Jason Fenton
Texas Bar No. 24087505
jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Phone:(806) 376-5613

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of this response was this 21st day of February 2025 served on all known counsel of record in accordance with the Federal Rules of Civil Procedure.

                                                  */s/    Elinor C. Sutton*
                                                    Elinor C. Sutton