IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS CAPITAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | 2:23-CV-156-Z-BR |

## JUDGMENT

The Court **GRANTED** Defendants' Motion for Summary Judgment on all of Plaintiff's remaining claims. This case is therefore **DISMISSED** with prejudice. Judgment is rendered accordingly.

**SO ORDERED.**

April 2, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE